No. P68/375.—Globe Importing Company *v.* United States, protest 322268–K (New York).

No. P68/376.—Gross Plumbing & Rubber Co. *v.* United States, protest 59/26135 (Philadelphia).

No. P68/377.—Hancock Gross, Inc. *v.* United States, protests 67/7834 and 67/34262 (Philadelphia).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass sink strainers similar in all material respects to those the subject of *Davies, Turner & Company* v. *United States* (55 Cust. Ct. 488; Abstract 69651), the claim of the plaintiffs was sustained.